UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALERY FRANCO, etc., et al.,<br><br>     Plaintiff(s),<br><br>     v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE CO., et al.,<br><br>     Defendant(s). | CASE NO. CV10-06001-AHM (JCGx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF A RESOLUTION |

The Court having been advised by defendants United Health Group Incorporated and Ingenix, Inc. that the above-entitled action has been resolved in light of dismissal of all remaining claims against defendants in District of New Jersey;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: February 13, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**